UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 [illegible] 2:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:06CR00161(EBB) |
| V. | : | |
| | : | |
| LISA HENRY | : | |
| | : | |
| | : | AUGUST 10, 2006 |

**DEFENDANT LISA HENRY'S MOTION FOR PERMISSION TO TRAVEL**

The Defendant Lisa Henry, by and through her undersigned counsel, respectfully requests the Court's permission to travel to New York state for three day trips, specifically as follows:

a) Saturday, August 12, 2006 to Millbrook, New York;

b) Saturday, August 19, 2006 to Manhattan, New York; and

c) Saturday, August 26, 2006 to Central Valley, New York.

In support of this motion, the Defendant represents as follows:

1. The purpose of the first day trip is to attend a horse show in New York State. The Defendant has been involved and continues to be involved with the training and care of horses for the majority of her adult life. The purposes of the second and third trips are to spend the respective days in the state with family and friends. The Defendant will be returning to Connecticut each night.

2. The Defendant to date has complied with all of the restrictions imposed by the Court and Probation.

3. Counsel for the Defendant has spoken with Assistant United States Attorney Raymond Miller and he has no objection to the granting of this motion.

THE DEFENDANT
LISA HENRY

BY___________________________________

JOHN F. DRONEY
Fed. Bar #ct10906
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000
Her Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on August 10, 2006, a copy of the foregoing Motion For Permission To Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

John F. Droney, Esq. (ct10906)
LEVY & DRONEY, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT 06034
Tel: (860) 676-3000
(860) 676-3200 (fax)
email: jdroney@ldlaw.com

John F. Droney