UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:06CR00161(EBB) |
| V. | : | |
| LISA HENRY | : | |
| | : | JANUARY 3 , 2007 |

**DEFENDANT LISA HENRY'S**
**WAIVER OF RIGHT TO SPEEDY TRIAL**

The Defendant Lisa Henry, being advised of her rights to a speedy trial, hereby waives her rights to a speedy trial pursuant to Title 18 U.S.C. § 3161.

DEFENDANT

LISA HENRY

THE DEFENDANT
LISA HENRY

BY /s/

DAVID A. DEBASSIO
Fed. Bar #ct24365
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000
Her Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on January 3, 2007, a copy of the foregoing Waiver of Right to Speedy Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

David A. DeBassio (ct24365)
LEVY & DRONEY, P.C.
74 Batterson Park Road
Post Office Box 887
Farmington, CT 06034
Tel: (860) 676-3000
(860) 676-3200 (fax)
email: ddebassi@ldlaw.com

/s/

David A. DeBassio

U:\WPC\Lit\DAD\DRONEY\HENRY, LISA\Waiver of right to speedy trial.doc