UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

Plaintiff, Crim. No. 3:06CR161 (EBB)

v.

JAMES E. GALANTE, et al.,

Defendants.

**Amended Stipulated Settlement of Ancillary Claim of Debra Rose Toscano**

It is hereby stipulated by and between, on the one hand, the UNITED STATES OF AMERICA and its agents, subrogees, successors and assigns (the "UNITED STATES"), and on the other hand, the ancillary claimant DEBRA ROSE TOSCANO, and her agents, subrogees, successors and assigns (the "CLAIMANT"), as follows:

1. The UNITED STATES and CLAIMANT agreed to a settlement and compromise of CLAIMANT'S ancillary claim in a Stipulated Settlement of Ancillary Claim and Motion to Accept Stipulation, filed December 10, 2008. Original agreement settlement amount was 98,000.00.

2. The terms of that settlement agreement, particularly the release and hold harmless provision of paragraphs 5, 6 and 7, are hereby incorporated by reference except for the amount stated in paragraph 5.

3. The UNITED STATES and CLAIMANT have now agreed that the amount to be paid to the CLAIMANT in satisfaction of her ancillary claim is $90,000.00. Upon receipt of such sum the CLAIMANT agrees to sign an Acknowledgment of Receipt of Funds and return it to the undersigned counsel for the UNITED STATES.

Respectfully submitted,

JOHN B. HUGHES
ACTING UNITED STATES ATTORNEY

Dated 2-8-12

John B. Hughes
Chief, Civil Division
157 Church Street-23rd Fl.
New Haven, CT 06510
203-821-3700 Fax: 203-773-5373
Federal Bar #: ct05289
john.hughes@usdoj.gov

Dated 1/20/12

DEBRA ROSE TOSCANO
6 North Avenue
Smith Town, NY 11787

ACKNOWLEDGEMENT OF RECEIPT OF FUNDS

The CLAIMANT, Debra Rose Toscano, hereby acknowledges receipt of $90,000.00 from the UNITED STATES in settlement and satisfaction of her ancillary claim filed in the forfeiture proceedings of the above-referenced case. original agreement settlement amount was 98,000.00.

Debra Rose Toscano